DOROTHY M. WEISS *v.* ROBERT L. BERGEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 810 (AC 21112), is denied.

*Kevin E. Creed,* in support of the petition.

*Frederick L. Murolo,* in opposition.

Decided September 20, 2001

ROSEMARY YOUNG *v.* DOUGLAS YOUNG ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 64 Conn. App. 651 (AC 18387), is denied.

*Brian E. Lambeck,* in support of the petition.

*Joseph A. Kriz,* in opposition.